Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: bgriffith@swlaw.com
*Attorneys for Defendant Debt Recovery Solutions, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JILL SOULSBY AND RALPH SOULSBY,<br><br>Plaintiffs,<br><br>v.<br><br>DEBT RECOVERY SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:23-cv-00637-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed between Plaintiffs Jill Soulsby and Ralph Soulsby (collectively "Plaintiffs"), by and through their counsel of record, Michael Kind, Esq., and Defendant Debt Recovery Solutions, LLC ("DRS"), by and through its counsel of record, Blakeley E. Griffith, Esq., that:

1. This litigation, including any and all claims, potential counterclaims, and potential third-party claims, shall be dismissed in its entirety, with prejudice;

2. Each party shall bear their own costs associated with this litigation, including any attorneys' fees; and

///

///

///

4876-7004-7128

3. Any outstanding hearings and deadlines pertaining to this litigation shall be vacated.

**IT IS SO STIPULATED.**

Dated: January 22, 2024

Dated: January 22, 2024

KIND LAW

SNELL & WILMER, L.L.P.

 /s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
8860 South Maryland Parkway, Ste 106
Las Vegas, Nevada 89123

 /s/ Blakeley E. Griffith
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs Jill Soulsby and Ralph Soulsby*

*Attorneys for Defendant Debt Recovery Solutions, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2024.

4876-7004-7128